IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES LEE ALLEN, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4333 |
| NATHANIEL QUARTERMAN, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 8, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P \CASES\prisoner-habeas\2005\05-4333.c02.wpd